WR-73,484-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/18/2015 2:51:15 PM
Accepted 5/26/2015 8:27:42 AM
ABEL ACOSTA
CLERK



# Brett W. Ligon

District Attorney
9th Judicial District

Phil Grant
First Assistant District Attorney

207 W. Phillips, 2nd Floor
Conroe, Texas 77301

Ofc: (936) 539-7800
Fax: (936) 760-6940

May 18, 2015

FILED IN
COURT OF CRIMINAL APPEALS

May 26, 2015

ABEL ACOSTA, CLERK

Hon. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Re:  No. WR-73,484-02, styled *Ex parte Neal Hampton Robbins*.

Dear Mr. Acosta:

Please be advised that the undersigned assistant district attorney will present oral argument on behalf of the State in the above-captioned case on June 3, 2015.

Thank you for your assistance in this regard.

Sincerely,

*/s/ William J. Delmore III*
WILLIAM J. DELMORE III
Assistant District Attorney
bill.delmore@mctx.org (e-mail)

cc:    Mr. Brian W. Wice
       Attorney at Law
       The Lyric Centre
       440 Louisiana St., Suite 900
       Houston, Texas  77002-1635
       *(via electronic mail)*